UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAYLA GILES COUTEE, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:20-CV-01403 |
| VERSUS | DISTRICT JUDGE DRELL |
| U.S.A.A. GENERAL INDEMNITY CO., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Freedom Mortgage Corporation's Motion to Intervene (ECF No. 46) is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this _18th_ day of July 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE